08 CV 5723

Michael Stolper
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Attorneys for Highland Park CDO I Grantor Trust,
Series A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A
          Plaintiff,

v.

WELLS FARGO BANK, N.A., AS TRUSTEE FOR
THE MORGAN STANLEY CAPITAL I INC.
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-XLF

          Defendant.



Case No. _____

**Highland Park CDO I Grantor Trust, Series A's Statement Pursuant to Fed. R. Civ. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Highland Park CDO I Grantor Trust, Series A, ("**Highland**") a private non-governmental party, certifies that [Highland does not have a parent corporation and that no publicly-held corporation owns more than 10% of its stock.] or [the following are corporate parents, affiliates and/or subsidiaries of Higland, which are publicly held.]

Dated: New York, New York
      June 25, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/s/ Michael Stolper___
          Michael Stolper

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Highland Park CDO I Grantor Trust, Series A