Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST, SERIES A, | |
| Plaintiff/Counter-Defendant, | Civil Action No. 08 CV 5723 |
| v. | Hon. Naomi Reice Buchwald |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MORGAN STANLEY CAPITAL I INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-XLF | |
| Defendant/Counter-Claimant | |

## NOTICE OF APPEARANCE OF GREGORY L. CURTNER

TO:   CLERK OF COURT
       MICHAEL T. STOLPER, Counsel for Plaintiff

Gregory L. Curtner, of the law offices of Miller, Canfield, Paddock and Stone, P.L.L.C., hereby enters his appearance for Defendant/Counter-Claimant WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MORGAN STANLEY CAPITAL I INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-XLF   in the above-captioned matter.

2

Dated: July 31, 2008

                Respectfully submitted,

                MILLER, CANFIELD, PADDOCK AND STONE, P.L.L.C.

                By:  s/Gregory L. Curtner
                     Gregory L. Curtner (GC 5395)
                     Counsel for Defendant /Counter-Claimant
                     Miller, Canfield, Paddock and Stone, P.L.L.C.
                     500 Fifth Avenue, Suite 1815
                     New York, New York 10110
                     Telephone: (212) 704-4400
                     Email: curtner@millercanfield.com

DELIB:2998963.1\131318-00022